UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joseph Gale,

    Plaintiff,

v.                                        Case No.  17-12172

Corrigan O'Donohue, *et al.*,        Sean F. Cox
                                                United States District Court Judge

    Defendants.

_____/

## **JUDGMENT**

For the reasons stated in the Court's Opinion and Order, issued on this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Joseph Gale's federal claims against Defendants are **DISMISSED WITH PREJUDICE**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Joseph Gale's state-law claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

                                                      s/Sean F. Cox
                                                      Sean F. Cox
Dated:  April 29, 2019                    United States District Judge